**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

March 10, 2014

Hon. Scott M. Ellison
Law Offices of Scott M. Ellison
410 Peoples St.
Corpus Christi, TX 78401

Hon. Mark Skurka
District Attorney
901 Leopard St., Room 205
Corpus Christi, TX 78401

Hon. Leo Henry Gonzalez
Asst. District Attorney
901 Leopard St., Room 206
Corpus Christi, TX 78401

Re:      Cause No. 13-14-00116-CR
Tr.Ct.No. 13-CR-1257-A
Style:    In Re  David Alvarez

    Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney
       28th District Court
       Hon. Patsy Peres, District Clerk/Nueces
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region